**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF KENTUCKY**
**OFFICE OF THE CLERK**
601 W. Broadway, Room 106
Louisville, KY 40202
502-625-3500 (ph)      502-625-3880 (fax)
www.kywd.uscourts.gov

*James J. Vilt, Jr.*                                                                                     *Drew D'Agostino*
*Clerk of Court*                                                                                        *Chief Deputy Clerk*

## NOTICE

February 18, 2022

**MARION E. HUGHES**                                                                                 **PLAINTIFF**

**v.**

**UPS SUPPLY CHAIN SOLUTIONS, INC., ET AL**                                              **DEFENDANTS**

    Notice is hereby given that the above-styled civil action has been removed from the **Jefferson Circuit Court, Case No. 07-CI-09996,** and filed in the Western District of Kentucky at **Louisville,** on February 17, 2022.

    This action has been assigned civil action number **3:22-cv-0092-BJB.**

Sincerely,
James J. Vilt, Jr., Clerk


by   ___s/ *DeAnna Whitney*___
          Deputy Clerk


cc:   Counsel of Record
      Clerk, Jefferson Circuit Court